UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL COWHERD     PLAINTIFF

v.     CIVIL ACTION NO. 3:10CV-662-S

MICHAEL J. ASTRUE, Commissioner
of Social Security     DEFENDANT

## ORDER AND JUDGMENT

This matter is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge that the decision of the Administrative Law Judge ("ALJ") be affirmed. The plaintiff, Michael Cowherd, objects to the magistrate judge's report. The court has conducted a *de novo* review of the magistrate judge's report in light of the objections thereto and the record as a whole.

In accordance with the memorandum opinion entered herein this date, **IT IS HEREBY ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (DN 13) is **ACCEPTED AND ADOPTED IN ITS ENTIRETY.** The final decision of the Commissioner is **AFFIRMED**, and the complaint is **DISMISSED WITH PREJUDICE.**

There being no just reason for delay in its entry, this is a final order.

**IT IS SO ORDERED.**